*E-FILED - 5/4/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWARD HARVEY, | Case No.: C-10-00019 RMW |
| Plaintiff, | Related Criminal Case: No. CR-05-00373 RMW |
| v. | ORDER ON MOTION SEEKING CLARIFICATION |
| UNITED STATES OF AMERICA, | |
| Defendant. | **[Re Docket Nos. 4 and 5 (Action No. C-10-00019 RMW)]** |

Defendant Edward Harvey seeks clarification as to whether his motion under 28 U.S.C. § 2255 which was docketed under the number C-10-00019 RMW on February 7, 2011 has received a final ruling.  It has.  Harvey's confusion undoubtedly results from the fact that the clerk's office gave his § 2255 motion a separate case number from his criminal case number but docketed most of the events pertaining to the § 2255 motion on the criminal case docket.  The confusion may have also have resulted from a difficulty in determining how to classify the various papers filed by Harvey. Nevertheless, the court's orders themselves (docket numbers  126 and 130 in the criminal case CR-05-00373) are captioned with the C-10-00019 number.

The chronology, therefore, is as follows:

January 25, 2011: Harvey's § 2255 motion is denied.

1    February 7, 2011: Harvey files notice of appeal

2    February 11,  2001: Harvey's request to add additional citations to his motion is granted.

3  Court reaffirms denial of § 2255 motion.  Court denies certificate of appealability.

4    The clerk can close  C-10-00019 (criminal file CR-05-00373 has previously been closed).

5  To pursue an appeal, Harvey must get the Court of Appeals to issue a certificate of appealability.

6

7  DATED:    5/4/11 _____          _Ronald M Whyte_____
                                                RONALD M. WHYTE
8                                               United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER ON MOTION SEEKING CLARIFICATION
NO. CR-05-00373-RMW

1  **Copy of Order electronically mailed to:**

2  **Counsel for the Government:**

3  Shawna Yen                              shawna.yen2@usdoj.gov

4

5  **Copy of Ordered mailed to:**

6  Edward Harvey
   c/o F.C.I. Loretto
7  #39728-039
   Federal Correction Institution
8  P.O. Box 1000
   Loretto, PA 15940
9

10

11
   Counsel are responsible for distributing copies of this document to co-counsel that have not
12 registered for e-filing under the court's CM/ECF program.

13

14

15
   Dated:  5/4/11                          /S/ JG
16                                         Chambers of Judge Whyte

17

18

19

20

21

22

23

24

25

26

27

28
   ORDER ON MOTION SEEKING CLARIFICATION
   NO. CR-05-00373-RMW

                                    3