1
2
3
4                                                         *E-FILED - 6/22/11*
5
6
7                       IN THE UNITED STATES DISTRICT COURT
8                      FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                                   SAN JOSE DIVISION
10

| 11 | EDWARD HARVEY, | No. C-10-00019 RMW |
|---|---|---|
| 12 | Plaintiff, | Related Criminal Case: No. CR-05-00373 RMW |
| 13 | v. | |
| 14 | UNITED STATES OF AMERICA, | ORDER ON MOTIONS FOR LEAVE TO APPEAL *IN FORMA PAUPERIS* AND MOTION FOR EXTENSION OF TIME TO APPLY FOR CERTIFICATE OF APPEALABILITY |
| 15 | Defendant. | |
| 16 | | |
| 17 | | **[Re Docket Nos. 131 and 132 (Action No. CR-05-00373 RMW)]** |

18
    Defendant Edward Harvey seeks to appeal the denial of his Section 2255 motion and
19
    requests
20
that he be given *in forma pauperis* status.  The district court refused to issue a certificate of
21
appealability.  Harvey seeks an extension of time in which to request a certificate from the court of
22
appeal.  Since he has filed a notice of appeal, that is deemed a request for a certificate of
23
appealability.  Fed. R. App. Proc. 22(b)(2).  His request to appeal *in forma pauperis* is denied
24
without prejudice to a request to the court of appeal if he is granted a certificate of appealability.
25

26
    DATED:   6/22/11                                         *Ronald M Whyte*
27                                                           RONALD M. WHYTE
                                                             United States District Judge
28

ORDER ON MOTIONS FOR EXTENSION AND *IFP* STATUS
NO. CR-05-00373-RMW

**Copy of Order electronically mailed to:**

**Counsel for the Government:**

Shawna Yen                                    shawna.yen2@usdoj.gov


**Copy of Ordered mailed to:**

Edward Harvey
c/o F.C.I. Loretto
#39728-039
Federal Correction Institution
P.O. Box 1000
Loretto, PA 15940


Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.


Dated:  6/22/11                              _____
                                             Chambers of Judge Whyte

ORDER ON MOTIONS FOR EXTENSION AND *IFP* STATUS
NO. CR-05-00373-RMW

2